1
2
3
4
5
6
7

# UNITED STATES DISTRICT COURT

8

## DISTRICT OF NEVADA

9

10  JOSEPH LOUIS BAKER,

11         Plaintiff,                     Case No. 2:11-CV-01198-KJD-VCF

12  v.                                    **ORDER**

13  A. AGUIRRE, *et al.*,

14         Defendants.

15

16         Court mail has been returned from Southern Desert Correctional Center, the location and

17  address at which Plaintiff indicated he was incarcerated with a notation reflecting that Plaintiff had

18  been "Discharged."  As Plaintiff has failed to comply with Local Rule LSR 2-2, which requires him

19  to promptly inform the Court of any changes in address,

20         IT IS THEREFORE ORDERED that this action is **DISMISSED** without prejudice.

21         DATED this 20th day of September 2012.

22
23
24
                                    _____
25                                  Kent J. Dawson
                                    United States District Judge
26